20 A.3d 1192

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Darrian DEANS, Petitioner.**

**No. 123 EM 2010.**

Supreme Court of Pennsylvania.

May 25, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of May, 2011, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel of record shall file a Petition for Allowance of Appeal within 30 days of this order. The

Motion for Appointment of Counsel is **DISMISSED AS MOOT.**